UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PULSAR ECOPRODUCTS, LLC,  ) | |
| ) | Case No. 1:06-CV-03050 |
| Plaintiff,  ) | |
| ) | Judge Ann Aldrich |
| v.  ) | |
| ) | |
| CHATTERBOX, LLC, et al.,  ) | |
| ) | |
| Defendants.  ) | MEMORANDUM AND ORDER |
| ) | |
| ) | |

In the court's May 30, 2007 memorandum and order [Docket No. 55], the court declined to appoint the receiver requested by plaintiff Pulsar Ecoproducts, LLC ("Pulsar"), instead directing the defendants to deposit funds sufficient to pay the trade debt sought by Pulsar into an interest-bearing trust account by June 8, 2007, or to notify the court of their inability to do so by June 6, 2007. The defendants have indicated their inability to deposit said funds. The court therefore enters the injunction initially sought by Pulsar. All of the defendants – Chatterbox, LLC ("Chatterbox"), Milocorp, Inc. ("Milocorp"), Raygae, Inc. ("Raygae"), 5 M Investments, LP ("5M"), and Melody Ross and Marquis Ross (the "Rosses") – are hereby prohibited from disposing of any assets outside the ordinary course of business without prior leave of court. Pulsar shall submit a list of potential receivers to the defendants by June 15, 2007, and the court shall appoint a receiver from that list chosen by agreement between Pulsar and the defendants to oversee disposition of the assets of Chatterbox, Milocorp, Raygae and 5M.

In addition, all defendants are hereby ordered to turn over to Pulsar all of their financial records detailing the disposition of assets, including those within the ordinary course of business, from August 11, 2006 through the present day.

IT IS SO ORDERED.

                /s/Ann Aldrich
               ANN ALDRICH
               UNITED STATES DISTRICT JUDGE

**Dated: June 12, 2007**